AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original   ☐ Duplicate Original

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
3/11/22
CENTRAL DISTRICT OF CALIFORNIA
BY: nne DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
3/11/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

United States of America

v.

Ryan James Valles,
  aka "Dreamer"

Defendant(s)

Case No.   2:22-mj-01006-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of January 26, 2022 in the county of Los Angeles in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

  *Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Tsoler Kojayan

*Complainant's signature*

Tsoler Kojayan, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:   March 11, 2022

*Judge's signature*

City and state:   Los Angeles, California      Hon. Maria A. Audero, U.S. Magistrate Judge
*Printed name and title*

AUSA: James A. Santiago (x2229)

**AFFIDAVIT**

I, Tsoler Kojayan, being duly sworn, declare and state as follows:

**PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant against Ryan James VALLES, also known as "Dreamer" ("VALLES"), for a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm.

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

**BACKGROUND OF TSOLER KOJAYAN**

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") and have been so employed since 2010. I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

4. I am currently assigned to a Criminal Gang Enterprise Squad at the Los Angeles Field Office of the FBI, which investigates criminal gang activity. I am also a member of the FBI Los Angeles Metropolitan Task Force on Violent Gangs, a multi-agency federal, state, and local gang task force.

5. As an SA, I have participated in investigations of various crimes, including assault, murder, gang activity, and firearms and narcotics trafficking. For the past ten years, I have primarily investigated violent street gangs involved in narcotics distribution crimes, gun crimes, racketeering crimes, and criminal conspiracies. I have also investigated the Mexican Mafia ("EME") prison gang -- its crimes, its members, and its associates -- and have interviewed EME-affiliated gang members regarding the organization's structure, rules, goals, and activities.

6. Throughout my investigations, I have used a variety of law enforcement techniques, including physical and electronic surveillance, controlled drug and gun buys, interviews of witnesses and subjects, use of confidential informants, and execution of search warrants. I have also been the affiant in Title III applications, monitored Title III communications, and conducted surveillance in conjunction with wiretap investigations.

7. As an SA, I have received training, both formal and informal, in investigating federal crimes, including federal narcotic, conspiracy, and racketeering crimes. Throughout my law enforcement career, I have discussed gangs, gang culture,

and gang operations with both experienced law enforcement officers and knowledgeable confidential sources.

8.  Through my experience and training, I have also become familiar with the illicit manner in which firearms are acquired and controlled substances are imported, manufactured, distributed, and sold.  I have become familiar with the efforts of individuals engaged in the importation, smuggling, manufacturing, distribution, and sale of firearms to avoid detection and apprehension by law enforcement officers.

### SUMMARY OF PROBABLE CAUSE

9.  On or about January 26, 2022, a Los Angeles County Sheriff's Department ("LASD") deputy and a Los Angeles County Probation Officer arrived at the residence on record with Los Angeles County Probation for VALLES.[1]  Upon arrival, the deputy and probation officer saw a black Chevrolet Tahoe parked on the front yard of the residence with a male standing by the car, whom they immediately recognized as VALLES.  They were aware that VALLES was on probation with outstanding warrants.  The deputy called out VALLES by his first name "Ryan" at which time he ran away from the Tahoe and into the residence.  VALLES exited the residence a short time later and was detained without incident.  Deputies conducted a probation compliance search of VALLES, the Tahoe, a locked room belonging to VALLES, and portions of the residence to which VALLES has access, and found three plastic baggies containing narcotics, two rifles (one

---

[1] VALLES is a documented member of the street gang Pico Nuevo with the moniker of "Dreamer."

3

without a serial number), a handgun, several rifle and handgun magazines, and numerous rounds of ammunition of various calibers.

**STATEMENT OF PROBABLE CAUSE**

10. Based on my review of law enforcement reports and body worn camera footage, conversations with other law enforcement officers, and my own knowledge of the investigation, I am aware of the following:

    A. **January 26, 2022: LASD Deputy Saw VALLES Outside His Residence**

11. My review of an LASD arrest report dated January 26, 2022, as well as body worn camera footage from LASD deputies, revealed the following:

12. On January 26, 2022, LASD Deputy Phaneuf and Los Angeles County Probation Officer Longoria ("DPO Longoria"), in a marked black and white police car, arrived at 6757 Citronell Ave. (the "Residence"), in the city of Pico Rivera, in Los Angeles County, known to deputies as VALLES' residence as well as his residence on record with Los Angeles County Probation. Deputy Phaneuf saw a black Chevrolet Tahoe with California license plate BT74T02 (the "Tahoe") parked on the front yard of the Residence. Deputy Phaneuf and DPO Longoria observed an adult male who was standing at the rear passenger door of the Tahoe and recognized him as VALLES, who had two outstanding warrants and was on probation.[2] Deputy Phaneuf pulled the patrol

---

[2] At the time of this incident, VALLES was on probation for a prior conviction for Felon in Possession of Ammunition in
*(footnote cont'd on next page)*

vehicle directly behind the Tahoe and called VALLES by his first name "Ryan," at which point VALLES ran away from the Tahoe towards the front door of the Residence and entered.  VALLES was inside for a short period of time before walking out the front door of the Residence.  Deputy Phaneuf detained VALLES and asked VALLES why he ran.  VALLES told Deputy Phaneuf he ran because of his warrants.

      **B.**    **LASD Deputies Conduct A Probation Compliance Search of VALLES and Find Narcotics**

      13.  While VALLES was detained, Deputy Perez conducted a probation compliance search of VALLES, and found a plastic bundle containing an off-white crystalline substance resembling methamphetamine[3] in VALLES' front pant pocket.

      **C.**    **Deputies Conduct A Protective Sweep of the Residence and Find a Locked Room**

      14.  Due to VALLES running into the residence upon seeing Deputy Phaneuf, deputies conducted a protective sweep of the Residence.  During the protective sweep, deputies noticed a locked room inside the Residence.  Sergeant Branham asked VALLES' mother what was inside the locked room and who had a key for the room.  VALLES' mother told Sergeant Branham it was used as storage space.  At that time, DPO Longoria overheard one of VALLES' children say their father, VALLES, had a key for the room.  DPO Longoria notified Deputy Sanchez, who found a set of

---

Violation of California Penal Code Section 30305(a)(1) and Possession of Stolen Property in Violation of California Penal Code Section 496D.

    [3] A DEA Lab analyzed the substance and determined it was methamphetamine.

keys on the front porch, between the Tahoe and the front door of the Residence, which was along the path VALLES ran upon seeing deputies.  The key set had keys to the Tahoe as well as additional keys.  One of the keys opened the locked room in the Residence.  Inside the locked room, Deputy Sanchez saw a black Glock gun case in an open dresser in plain view and another deputy saw a pill bottle with VALLES' name.

      **D.**    **LASD Deputies Conduct A Probation Compliance Search and Locate Narcotics, Firearms, and Ammunition**

    15.  Following the protective sweep, deputies conducted a probation compliance search of the room.  They found large quantities of ammunition of various calibers and manufacturers, a shotgun lower receiver, three Glock magazines containing live 9mm ammunition, two magazines containing live 7.62 ammunition, one Springfield 40 caliber magazine, one Wilson Combat magazine, three AR-15 magazines containing live .223 caliber ammunition, a backpack containing various types of ammunition, a black gun case containing ammunition, a black AR style buffer tube, a Smith and Wesson, 357 Magnum revolver inside a camouflage bag, a Norinco AK style rifle inside the closet, a loaded, short-barrel AR-15 pistol without a serial number wrapped in a blanket near the closet, VALLES' Social Security card, T-Mobile statement addressed to VALLES, a pawn shop receipt in VALLES' name, a plastic baggie containing a powdery substance, and several loaded magazines in a safe in the closet.

    16.  Deputies Sanchez and Sandoval along with DPO Longoria conducted a search of the Tahoe.  DPO Longoria discovered a

plastic bag containing a crystalline substance resembling methamphetamine[4] and a glass narcotic pipe from the rear passenger seat of the vehicle. Additionally, while attempting to move the Tahoe at VALLES' mother's request, Deputies Sanchez and Phaneuf recovered a small plastic bag in the vehicle's cigarette lighter socket containing an off-white crystalline substance resembling methamphetamine.[5]

17. VALLES was arrested for being a felon in possession of a firearm, possession of an unregistered short barrel rifle, possession of an assault rifle, possession of narcotics, and his outstanding warrants.

18. The LASD Scientific Services Bureau conducted DNA testing and concluded VALLES' DNA was a contributor to DNA obtained from all three firearms found during the search at his Residence.

E.   **VALLES' Statements**

19. After his January 26, 2022 arrest, Deputy Montano read VALLES his Miranda rights. After being advised of the probation compliance search of his room at the Residence, VALLES said he was homeless. Deputy Montano advised VALLES his mother said he stays there from time to time in the locked room. Deputy Montano explained that the key to the locked room was on his set of keys and the room contained his clothing, medication, and other items belonging to him. Deputy Montano explained they

---

[4] A DEA Lab analyzed the substance and determined it was methamphetamine.

[5] A DEA Lab analyzed the substance and determined it was methamphetamine.

7

located two rifles, a handgun, and numerous rounds of ammunition.  VALLES did not say anything further.  Deputy Montano asked why VALLES ran when he saw deputies.  VALLES said it would have caused bigger issues for his family if he did not surrender and therefore he decided to come back out.  Deputy Montano asked VALLES when his probation expired and VALLES responded that it would be in two years.  Deputy Montano asked VALLES why he had the guns and VALLES responded that he needed his kids.

    **F.**    **VALLES' Criminal History**

    20.  I reviewed criminal history records for VALLES and learned that VALLES has previously been convicted of the following felony crimes punishable by a term of imprisonment exceeding one year:

    a.  On or about November 30, 2000, a violation of California Penal Code Section 10851(a), Take Vehicle Without Owner Consent, in the Superior Court for the State of California, County of Los Angeles, Case Number GA044038.

    b.  On or about April 4, 2005, a violation of California Penal Code Section 12021(a)(1), Carrying a Loaded Firearm, in the Superior Court for the State of California, County of Los Angeles, Case Number VA088099.

    c.  On or about June 26, 2007, a violation of California Penal Code Section 12031(a)(1), Carrying a Loaded Firearm, in the Superior Court for the State of California, County of Los Angeles, Case Number NA074682.

    d. On or about May 12, 2009, a violation of California Penal Code Section 12021(a)(1), Felon in Possession of a Firearm, in the Superior Court for the State of California, County of Los Angeles, Case Number VA110433.

    e. On or about April 4, 2013, two counts of violation of California Penal Code Section 459, Burglary, in the Superior Court for the State of California, County of Los Angeles, Case Number GA089264.

    f. On or about February 25, 2014, a violation of California Health and Safety Section 11370.1(a), Possession of a Controlled Substance While Armed, in the Superior Court for the State of California, County of Los Angeles, Case Number VA133894.

    g. On or about February 25, 2014, a violation of California Penal Code Section 29800(a)(1), Felon in Possession of a Firearm, in the Superior Court for the State of California, County of Los Angeles, Case Number VA133894.

    h. On or about December 19, 2016, a violation of California Penal Code Section 4573(a), Bringing a Controlled Substance into Prison, in the Superior Court for the State of California, County of Los Angeles, Case Number VA141890.

    i. On or about December 16, 2020, a violation of California Penal Code Section 496(d), Receiving Stolen Property, in the Superior Court for the State of California, County of Los Angeles, Case Number KA120674.

### G. Interstate Nexus

16. On March 10, 2022, I spoke with an FBI Interstate Nexus Expert who examined the rifle with the serial number, the handgun, and some of the ammunition that were seized from VALLES on January 26, 2022. The Interstate Nexus Expert confirmed that the rifle, the handgun, and ammunition were manufactured outside of the State of California. Because they were found in California, I believe they have traveled in and affected interstate commerce.

### CONCLUSION

21. For all of the reasons described above, there is probable cause to believe that VALLES has committed a violation of 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this \_\_\_\_ day of
March, 2022.

_____
THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE